UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,

      Plaintiffs,

 -against-

KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 25-CV-17065

**RULE 7.1 STATEMENT**

**Rule 7.1 Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kleissner Investments S.R.O. ("Defendant") hereby certifies that it is a non-governmental corporation. Defendant has no corporate parent and no publicly held corporation owning more than 10% of its stock.

DATED: October 30, 2025    By: _____
              Andrew Gerber
              GERBER LAW PLLC
              27 Union Square West, Suite 301
              New York, NY 10003
              (212) 658-1810
              andrew@gerberlaw.com
              *Attorney for Defendant*

Of counsel:

Victor Suthammanont
 KOSTELANETZ LLP
7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007
(212) 808-8100
vsuthammanont@kostelanetz.com