```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
KLEISSNER INVESTMENTS S.R.O.,   :       NO. 25-17065
et al.                          :
```

ORDER

AND NOW, this 6th day of November 2025, it is hereby ORDERED that the letter request of Defendant Kleissner Investments S.R.O. for an extension of time to respond to the complaint, dated November 4, 2025 (Doc. #5), is GRANTED. Defendant shall file its response to the complaint on or before December 17, 2025.

```
                                BY THE COURT:


                                /s/   Harvey Bartle III
                                                      J.
```