UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,

      Plaintiffs,

 -against-

KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 25-cv-17065

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

  Andrew Gerber, Esq., a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and a partner with the law firm of Gerber Law PLLC, hereby applies to the Court for an Order permitting Victor Suthammanont, Esq. of the law firm Kostelanetz LLP to practice *Pro Hac Vice* before the United States District Court for the District of New Jersey on behalf of Defendant, Kleissner Investments S.R.O, party in interest in these proceedings pursuant to R. 101.1(c). In support of this application, the undersigned shall rely upon the Certifications of Andrew Gerber and Victor Suthammanont. A proposed form of Order is also being submitted.

DATED: November 21, 2025 By: /s/ _____
Andrew Gerber
GERBER LAW PLLC
27 Union Square West, Suite 301
New York, NY 10003
(212) 658-1810
andrew@gerberlaw.com
*Attorney for Defendant*

Of counsel:

Victor Suthammanont
 KOSTELANETZ LLP
7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007
(212) 808-8100
vsuthammanont@kostelanetz.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Certification of Victor E. Suthammanont for admission *pro hac vice* was served upon all counsel of record by electronic case filing (ECF) on **November 21, 2025**.

Dated: November 21, 2025   /s/ _____
Andrew Gerber