**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,

      Plaintiffs,

 -against-

KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 25-cv-17065

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

  Andrew Gerber, Esq., a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and a partner with the law firm of Geber Law PLLC, hereby applies to the Court for an Order permitting Claude Millman, Esq. of the law firm Kostelanetz LLP to practice *Pro Hac Vice* before the United States District Court for the District of New Jersey on behalf of Defendant, Kleissner Investments S.R.O, party in interest in these proceedings pursuant to R. 101.1(c). In support of this application, the undersigned shall rely upon the Certifications of Andrew Gerber and Claude Millman. A proposed form of Order is also being submitted.

| | |
|---|---|
| DATED: November 21, 2025 | By: /s/ _____<br>Andrew Gerber<br>GERBER LAW PLLC<br>27 Union Square West, Suite 301<br>New York, NY 10003<br>(212) 658-1810<br>andrew@gerberlaw.com<br>*Attorney for Defendant* |

Of counsel:

Claude Millman
 KOSTELANETZ LLP
7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007
(212) 808-8100
cmillman@kostelanetz.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Certification of Claude Millman for admission *pro hac vice* was served upon all counsel of record by electronic case filing (ECF) on **November 21, 2025**.

Dated: November 21, 2025         /s/ _____
                                                    Andrew Gerber