UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,<br><br>                Plaintiffs,<br><br>-against-<br><br>KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                Defendants. | Civil Action No. 25-cv-17065<br><br>**CERTIFICATION OF CLAUDE MILLMAN, ESQ. IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Claude Millman Esq., hereby certify as follows:

1. I am a member of the law firm Kostelanetz, LLP.

2. I make this certification in further support of my application for appear *pro hac vice* on behalf of Defendant Kleissner Investments S.R.O.

3. We have consulted with counsel for the Plaintiff, who have graciously consented to this application.

4. I am a member in good-standing, duly licensed, and admitted to practice before the following Bars:

   - New York State
   - S.D.N.Y.

- E.D.N.Y.
- Second Circuit Court of Appeals
- Federal Circuit Court of Appeals

5. I am not currently, nor have I ever been, suspended or disbarred from any Court, nor has any state bar, bar association, or Court, rendered any adverse disciplinary decision against me.

6. In addition to the Certificate of Good Standing from the State of New York filed in connection with this application, the roll of attorneys for the jurisdictions to which I am admitted are maintained by the following officials or offices:

- New York State

7. During this action, I will be associated with Victor E. Suthammanont, Esq. who maintains an office at Kostelanetz LLP in New York, New York and Andrew Gerber, Esq. who maintains an office at Gerber Law PLLC in New York, New York and who is qualified to practice before the courts of the State of New Jersey and this Court. I understand that all pleadings must be signed by Mr. Andrew Gerber.

8. I further agree to submit to the jurisdiction of this Court for discipline and to abide by L. Civ. R. 101.1(c).

9. I will make the required payment to the New Jersey Lawyer's Fund for Client Protection upon my admission *pro hac vice* and will make payments for any additional year in which I continue to represent the Defendant in this action. I will further make the required payment to the Clerk of the Court.

10. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2025

/s/ _Clark_____

Claude Millman