**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,

                Plaintiffs,

-against-

KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 25-cv-17065

**DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF VICTOR SUTHAMMANONT**

      Pursuant to Local Civil Rule 101.1(c), Andrew Gerber, Esq., counsel to Defendant Kleissner Investments s.r.o. and a member in good standing of the Bar of the State of New Jersey maintaining an office at Gerber Law PLLC, moves for admission *pro hac vice* of VICTOR SUTHAMMANONT, attorney at Kostelanetz LLP, to serve as co-counsel to Defendant.

      I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

      Mr. Suthammanont's Certification and a proposed Order are submitted herewith.

|  |  |
|---|---|
| DATED: November 26, 2025 | By: _____<br>Andrew Gerber<br>GERBER LAW PLLC<br>27 Union Square West, Suite 301<br>New York, NY 10003<br>(212) 658-1810<br>andrew@gerberlaw.com<br>*Attorney for Defendant* |

Of counsel:

Victor Suthammanont
 KOSTELANETZ LLP
7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007
(212) 808-8100
vsuthammanont@kostelanetz.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* of Victor E. Suthammanont was served upon all counsel of record by electronic case filing (ECF) on **November 26, 2025.**

Dated: November 26, 2025          /s/_____
                                                    Andrew Gerber