**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ATLAS DATA PRIVACY CORPORATION, *as* :
*assignee of individuals who are Covered Persons*, :
JANE DOE-1, *a law enforcement officer*, and :
PETER ANDREYEV,                     :

                                   :

                 Plaintiffs,     :

                                   :

    -against-                   :

                                   :

KLEISSNER INVESTMENTS S.R.O.,    :
RICHARD ROES 1-10, *fictitious names of*  :
*unknown individuals* and ABC COMPANIES 1- :
10, *fictitious names of unknown entities*,  

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 25-cv-17065

**DEFENDANT'S MOTION FOR**
**ADMISSION *PRO HAC VICE***
**OF CLAUDE MILLMAN**

     Pursuant to Local Civil Rule 101.1(c), Andrew Gerber, Esq., counsel to Defendant

Kleissner Investments s.r.o. and a member in good standing of the Bar of the State of New Jersey

maintaining an office at Gerber Law PLLC, moves for admission *pro hac vice* of CLAUDE

MILLMAN, attorney at Kostelanetz LLP, to serve as co-counsel to Defendant.

     I agree to act as local counsel in the above-captioned case. I shall sign all pleadings,

briefs, and other documents filed with this Court.

     Mr. Millman's Certification and a proposed Order are submitted herewith.

DATED: November 26, 2025                    By: _____

                                            Andrew Gerber
                                            GERBER LAW PLLC
                                            27 Union Square West, Suite 301
                                            New York, NY 10003
                                            (212) 658-1810
                                            andrew@gerberlaw.com
                                            *Attorney for Defendant*

Of counsel:

Claude Millman
 KOSTELANETZ LLP
7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007
(212) 808-8100
cmillman@kostelanetz.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Motion for Admission *Pro Hac Vice*

of Claude Millman was served upon all counsel of record by electronic case filing (ECF) on

**November 26, 2025.**

Dated: November 26, 2025                        /s/

                                               Andrew Gerber