## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X          X

ATLAS DATA PRIVACY CORPORATION, *as* :   Civil Action No. 25-cv-17065
*assignee of individuals who are Covered Persons*, :
JANE DOE-1, *a law enforcement officer*, and :
PETER ANDREYEV,                     :         **ORDER**
                                   :    **FOR ADMISSION *PRO HAC VICE***
             Plaintiffs,           :    **OF VICTOR SUTHAMMANONT**
                                     :
     -against-                    :
                                     :
KLEISSNER INVESTMENTS S.R.O.,         :
RICHARD ROES 1-10, *fictitious names of*      :
*unknown individuals* and ABC COMPANIES 1-   :
10, *fictitious names of unknown entities*,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      This matter having been brought before this Court on a motion for admission *pro hac vice*, and this Court having reviewed the moving papers of the applicant and considered this matter pursuant to Fed. R. Civ. Proc. 78, and L. Civ. R. 101.1(c), and good cause having been shown; it is hereby

      **ORDERED** that VICTOR SUTHAMMANONT be permitted to appear *pro hac vice,* provided that pursuant to Local Civil Rule 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders; and it is further

      **ORDERED** that VICTOR SUTHAMMANONT make all required payments to the

New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule

101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or

cause payment to be made, for each calendar year in which representation continues before

this Court; and it is further

      **ORDERED** that VICTOR SUTHAMMANONT shall pay the $250.00 fee required by

Local Civil Rule 101(c)(3) for *pro hac vice* admission to the Clerk, United States District

Court for the District of New Jersey shall also be payable within twenty (20) days of entry of

this Order; and it is further

      **ORDERED** that the applicant shall be bound by the Local Rules of the United States

District Court for the District of New Jersey.


      **IT IS SO ORDERED.**

                                     BY THE COURT:


Date: December 3, 2025                 /s/ Harvey Bartle III
                                          J.