```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KLEISSNER INVESTMENTS S.R.O. et al. | : | NO. 25-17065 |

<u>ORDER</u>

AND NOW, this 9th day of December 2025, based on the letter request from defendant's counsel (Doc. # 15), it is hereby ORDERED that:

(1) This action is STAYED until resolution of the parties' legal proceedings challenging service in the Czech Republic; and

(2) The parties shall provide a status report every 45 days.

BY THE COURT:

<u>/s/  Harvey Bartle III       </u>
                                  J.