UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE

DATE OF PROCEEDING: January 7, 2026

**JUDGE HARVEY BARTLE III**

COURT REPORTER: KIMBERLY WILSON

TITLE OF CASE:     DOCKET NO.: 25-17065 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
KLEISSNER INVESTMENTS S.R.O., et al.

APPEARANCES:
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:42a.m.   Time Adjourned: 11:45a.m.   Total Time in Court: 0:03