# GERBER LAW PLLC

27 Union Square West, Suite 301  
New York, NY 10003  
(212) 658-1810

Andrew Gerber  
Member of the Firm  
andrew@gerberlaw.com

January 22, 2026

**VIA ECF**

Hon. Judge Harvey Bartle III  
U.S. District Court for the Eastern District of Pennsylvania  
16614 U.S. Courthouse  
601 Market Street  
Philadelphia, PA 19106

      Re: *Atlas Data Privacy Corp. v. Kleissner Investments S.R.O.*, No. 25 Civ. 17065

Dear Judge Bartle,

    We represent Defendant Kleissner Investments S.R.O. ("Kleissner Investments") in the above-captioned action. We write on behalf of the parties to this case pursuant to the Court's December 9, 2025 Order (DE 16) staying the case and requesting a status report every 45 days. For the reasons set forth below, Defendants request a further five-day extension, until January 30, 2026, to provide a further status letter and proposals for moving forward. Plaintiffs consent to the five-day extension.

    **Status**

    On April 30, 2025, Plaintiffs Atlas Data Privacy Corp. ("Atlas") and two individuals (Peter Andreyev and Jane Doe-1) sued Kleissner Investments in New Jersey state court alleging violations of Daniel's Law. *See* DE 1-2 at ¶ 5 (Complaint). Plaintiffs attempted to serve Defendant via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). DE 1 (Notice of Removal) ¶ 2. Defendants have challenged service in the Czech Republic. *Id.* ¶ 3.

    Defendant removed to federal court on October 30, 2025. DE 1. On November 6, 2025, this Court granted Defendant until December 17, 2025, to respond to the Complaint. DE 6 (Nov. 6, 2025 Order). The Court then stayed the matter pending resolution of the Czech proceedings on December 9, 2025. (DE 16.)

    On January 14, 2026, the District Court for Prague 4 issued its decision (attached hereto as Exhibits 1 (English) and 2(Czech)). The Czech Court ruled that it was returning the Hague Service Convention request "without a completed certificate of delivery" because, in the opinion of the Czech court, "the decision as to whether or not the documents were duly delivered should be made by" this Court. *Id.* As of the date of this letter, Plaintiffs have not received the package from the Czech authorities.

**Request for Extension to January 30, 2026**

    Due to our client's travel schedule, counsel for Defendants have not been able to confer with our client regarding its response to the Czech court decision. We believe that we will be able to receive instructions and meet and confer with counsel for Plaintiffs early next week such that we can provide the Court with further status information and proposals for moving forward on or before January 30, 2026. We have met and conferred with counsel for Plaintiffs, who consent to the five-day extension.

    For the reasons set forth above, Defendant respectfully requests that the Court enter an order continuing the stay in this matter until January 30, 2026.

    Respectfully submitted,

Andrew Gerber
Gerber Law PLLC

CC (via ECF and email):

*Counsel for Plaintiffs*
Rahul Agarwal, Esq.
Sofia Syed, Esq.
Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.

# EXHIBIT 1

Ref. No. 0 Cd 200/2025-43

# DISTRICT COURT FOR PRAGUE 4

28. pluku 1533/29b, 100 83 Prague 10 - Vršovice

tel.: 251 447 704, fax: 251 441 777, e-mail:podatelna@osoud.pha4.justice.cz , IDDS: uz8ab2r

| | |
|---|---|
| **OUR REFERENCE**: 0 Cd 200/2025 | |
| **YOUR BRAND:** | Kleissner Investments s.r.o. Na Strži 1702/65 |
| **PROCESSED BY:** | 140 00 Prague 4 - Nusle |
| **ON:** January 12, 2026 | |

**INTERVIEWED**:   Kleissner Investments s.r.o., ID No.: 05425115

Dear Sirs,

With regard to your submissions dated October 13, 2025, and November 3, 2025, I hereby inform you that the court is forwarding these submissions via the Ministry of Justice of the Czech Republic to the requesting authority in the United States of America, without a completed certificate of delivery, on the grounds that, in the opinion of the court, the decision as to whether or not the documents were duly delivered should be made by the court of the United States of America where the proceedings are being conducted.

Yours sincerely

Magdalena Kolářová, Judge

Tereza Čechová confirms that this is a true copy
of the original.

# EXHIBIT 2

č. j. 0 Cd 200/2025-43

# OBVODNÍ SOUD PRO PRAHU 4

28. pluku 1533/29b, 100 83  Praha 10 - Vršovice

tel.: 251 447 704, fax: 251 441 777, e-mail: podatelna@osoud.pha4.justice.cz, IDDS: uz8ab2r

**NAŠE ZNAČKA**:    0 Cd 200/2025
**VAŠE ZNAČKA:**
**VYŘIZUJE:**
**DNE:**            12. ledna 2026

Kleissner Investments s.r.o.
Na Strži 1702/65
140 00  Praha 4 - Nusle

**VYSLÝCHANÁ**:    Kleissner Investments s.r.o., IČO: 05425115

Vážení,

k Vašemu podání ze dne 13. 10. 2025 a ze dne 3. 11. 2025 sděluji, že soud tato podání postupuje prostřednictvím Ministerstva spravedlnosti České republiky dožadujícímu orgánu ve Spojených státech amerických, bez vyplněného osvědčení o doručení, s tím, že dle názoru soudu má být o tom, zda listiny byly či nebyly řádně doručeny rozhodnout soud Spojených států amerických, u něhož je řízení vedeno.

S pozdravem


Mgr. Magdalena Kolářová v.r.
samosoudkyně




Shodu s prvopisem potvrzuje Tereza Čechová.