```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

ATLAS DATA PRIVACY CORPORATION   :   CIVIL ACTION
et al.                           :
                                 :
        v.                       :
                                 :   NO. 25-17065
KLEISSNER INVESTMENTS S.R.O.     :
et al.                           :

ORDER

AND NOW, this 27th day of January 2026, based on the letter request from defendant's counsel (Doc. # 22), it is hereby ORDERED that:

    (1)  This action is STAYED until January 30, 2026; and

    (2)  The parties shall provide a status report on or before January 30, 2026.

BY THE COURT:

/s/   Harvey Bartle III
                        J.