```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION | : | CIVIL ACTION |
| et al. | : | |
| | : | |
| v. | : | |
| | : | NO. 25-17065 |
| KLEISSNER INVESTMENTS S.R.O. | : | |
| et al. | : | |

ORDER

AND NOW, this 5th day of February 2026, based on the joint letter request from counsel (Doc. # 24), it is hereby ORDERED that:

(1)  Defendant shall file any motions in response to the Complaint by February 25, 2026;

(2)  Plaintiffs shall file any responsive briefs on or before March 18, 2026;

(3)  Defendant shall file any reply briefs on or before April 1, 2026; and

(4)  The request of the parties for leave to incorporate prior briefing in related cases by reference is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.