**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION**, as assignee of individuals who are Covered Persons, **JANE DOE-1**, a law enforcement officer, and **PETER ANDREYEV**, <br><br>Plaintiffs, <br><br>-against- <br><br>**KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10**, fictitious names of unknown individuals and **ABC COMPANIES 1-10**, fictitious names of unknown entities, <br><br>Defendants. | 25 Civ. 17065 (HB) <br><br>ECF CASE |

## NOTICE OF MOTION TO COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order of February 5, 2026 ("Order"), on Monday, April 20, 2026, at 9:00 am, or as soon thereafter as counsel may be heard in accordance with L. Civ. R. 78.1(a), the undersigned attorneys for Defendant Kleissner Investments S.R.O. will move before the Hon. Harvey Bartle III, U.S.D.J., for the entry of an Order directing Plaintiffs' claims to arbitration in the Czech Republic.

**PLEASE TAKE FURTHER NOTICE** that Defendant seeks an Order dismissing this litigation, or in the alternative, staying all claims pending such arbitration.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the supporting Memorandum of Law, Declaration of Peter Kleissner, and Report of Mgr. Alžběta Kokešová.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, Plaintiffs shall file responsive briefs on or before March 18, 2026; and that Defendant's reply briefs are due on or before April 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument if this Motion is contested.

A proposed form of Order is annexed hereto pursuant to L. Civ. R. 7.1(e).

Dated: February 25, 2026

                                      Andrew Gerber
                                      Gerber Law PLLC
                                      27 Union Square West, Suite 301
                                      New York, NY 010003
                                      (212) 658-1810
                                      andrew@gerberlaw.com

                                      Of Counsel:
                                      Victor Suthammanont
                                      Kostelanetz LLP
                                      7 World Trade Center, 34th Floor
                                      New York, NY 10007
                                      (212) 719-2649
                                      vsuthammanont@kostelanetz.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2026, Defendant's Motion to Compel Arbitration was served upon all counsel of record by electronic case filing (ECF).

Dated: February 25, 2026

                           _____
                              Andrew Gerber