**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** as assignee of individuals who are Covered Persons, **JANE DOE-1,** a law enforcement officer, and **PETER ANDREYEV,** | 25 Civ. 17065 (HB) |
| **Plaintiffs,** | **ECF CASE** |
| -against- | |
| **KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10,** fictitious names of unknown individuals and **ABC COMPANIES 1-10,** fictitious names of unknown entities, | |
| **Defendants.** | |

## [PROPOSED] ORDER

**AND NOW,** on this _____ day of _____, 2026, upon consideration of Defendant's Motion to Compel Arbitration ("the Motion"), and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**,

**ORDERED** that Plaintiffs' Claims in the above-captioned case are to be resolved by arbitration in the Czech Republic, and

_____ **ORDERED** that Plaintiffs' Claims are dismissed with prejudice.

_____ **ORDERED** that the case is stayed pending resolution of such arbitration.

**IT IS SO ORDERED.**

                                              **BY THE COURT:**

Dated:

                                              **Hon. Harvey Bartle III**
                                              *United States Judge*