**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV, | 25 Civ. 17065 (HB) |
| Plaintiffs, | ECF CASE |
| -against- | |
| KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order of February 5, 2026 ("Order"), on Monday, April 20, 2026, at 9:00 am, or as soon thereafter as counsel may be heard in accordance with L. Civ. R. 78.1(a), the undersigned attorneys for Defendant Kleissner Investments S.R.O. will move before the Hon. Harvey Bartle III, U.S.D.J., for the entry of an Order dismissing the Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the supporting Memorandum of Law, Declaration of Peter Kleissner, and all other filings in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, Plaintiffs shall file responsive briefs on or before March 18, 2026; and that Defendant's reply briefs are due on or before April 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument if this Motion is contested.

A proposed form of Order is annexed hereto pursuant to L. Civ. R. 7.1(e).

Dated: February 25, 2026

                                        Andrew Gerber
                                        Gerber Law PLLC
                                        27 Union Square West, Suite 301
                                        New York, NY 010003
                                        (212) 658-1810
                                        andrew@gerberlaw.com

                                        Of Counsel:
                                        Victor Suthammanont
                                        Kostelanetz LLP
                                        7 World Trade Center, 34th Floor
                                        New York, NY 10007
                                        (212) 719-2649
                                        vsuthammanont@kostelanetz.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2026, Defendant's Motion to Dismiss was served upon all counsel of record by electronic case filing (ECF).

Dated: February 25, 2026

                                                               Andrew Gerber