**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> -against- <br><br> KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | 25 Civ. 17065 (HB) <br><br> ECF CASE |

**[PROPOSED] ORDER**

**AND NOW,** on this _____ day of _____, 2026, upon consideration of Defendant's Motion to Dismiss ("the Motion"), its supporting papers, and any response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**, and

**ORDERED** that the Complaint in the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

Dated:

_____
**Hon. Harvey Bartle III**
*United States Judge*