**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV, | 25 Civ. 17065 (HB) |
| Plaintiffs, | ECF CASE |
| -against- | |
| KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, | |
| Defendants. | |

**RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE**

Pursuant to Rule 5.1(a)(1)(B) of the Federal Rules of Civil Procedure, Defendant Kleissner Investments S.R.O., by and through counsel, files this Notice of Constitutional Challenge of Statute with the Court.

On February 25, 2026, Defendant filed a Motion to Dismiss and a Memorandum of Law in support of that Motion. Defendant's Motion and Memorandum challenge the constitutionality of a New Jersey statute. Specifically, Defendant argues that the civil provisions of Daniel's Law, P.L. 2020, c. 125, codified at N.J.S.A. 56:8-166.1–3, are unconstitutional under the Foreign Commerce Clause of the United States Constitution. In addition, as permitted by this Court, Defendant's Memorandum incorporates arguments that Daniel's Law is facially unconstitutional under the First Amendment of U.S. Constitution as briefed in *Atlas Data Privacy Corp. v. Lightbox Parent, L.P.*, No. 24 Civ. 4105, DE 27, and subsequent appeals. *See Atlas Data Privacy Corp. v. We Inform LLC*, No. 25-1555 (3d Cir.).

In compliance with Rule 5.1(a)(2), Defendant served the New Jersey Attorney General with a copy of this Notice and the papers that raise the constitutional challenge to the New Jersey statute contemporaneously with the filing of the Motion.

Dated: February 25, 2026

                                                Andrew Gerber
Gerber Law PLLC
27 Union Square West, Suite 301
New York, NY 010003
(212) 658-1810
andrew@gerberlaw.com

Of Counsel:
Victor Suthammanont
Kostelanetz LLP
7 World Trade Center, 34th Floor
New York, NY 10007
(212) 719-2649
vsuthammanont@kostelanetz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I electronically filed the Defendants' Rule 5.1 Notice of Constitutional Challenge of Statute.

Dated: February 25, 2026

_____
Andrew Gerber