**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>-against-<br><br>KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | 25 Civ. 17065 (HB)<br><br>ECF CASE |

### DECLARATION OF PETER KLEISSNER

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am the founder of Defendant Kleissner Investments S.R.O. ("Kleissner Investments" or "Defendant") and reside in Prague, Czech Republic.

2. I am over 18 years old and fluent in English.

3. I make this declaration in support of the Defendant's Motion to Dismiss and Motion to Compel Arbitration. I have personal knowledge of the matters set forth herein based upon my work for Kleissner Investments.

### Background on Kleissner Investments

4. In 2016, I founded Kleissner Investments in the Czech Republic as a společnost s ručením omezeným or "S.R.O." To my understanding, that is a legal structure similar to a U.S. limited liability company.

5. I am the sole officer of Kleissner Investments, but the company engages an additional permanent contractor, who is also based in the Czech Republic. We operate the company from a single office and datacenter in Prague.

6. Kleissner Investments has no United States based employees, officers, servers, or other infrastructure. The company does not advertise in, direct marketing or engagement efforts towards, or otherwise target any U.S. user or customer.

7. Kleissner Investments does business as "Intelligence X" and operates a service with the same name via the website intelx.io (the "Website").

**The Website**

8. The purpose of Intelligence X is to provide open-source intelligence for entities and governments, including to identify security threats such as the posting of confidential material on the internet, including the "darkweb."

9. Intelligence X operates as a search engine, similar to Google's well-known search engine. It uses web crawling techniques to index the content of other publicly available data, which then can be searched by a user of Intelligence X.

10. Intelligence X also collects and archives certain publicly available data from the internet, which then can be searched using its search engine.

11. Kleissner Investments, whether through Intelligence X or otherwise, is not the original source of any information revealed via the Website. It does not purchase information (such as the names of individuals combined with their home addresses or telephone numbers) from any source for disclosure to its users.

12. Rather, all results of searches on the Intelligence X search engine comprise information and data that is already publicly available on the internet from other sources, or

information and data that was archived from other sources. Search results merely present data originally published on the internet by other parties.

13. To be clear, Kleissner Investments does not engage in the purchase or collection of any individuals' personal data other than by indexing information that is otherwise publicly available on the internet. The company does not package or otherwise assemble collections of such data, other than those results returned automatically by a user's search.

14. In addition, Kleissner Investments does not offer or provide any data and information via electronic or physical mailing lists or the U.S. mail.

15. The Website's Intelligence X search engine allows a user to conduct a search by specific criteria that include email addresses, domains, URLs, Bitcoin addresses, and certain internet and electronic identifiers. A user cannot search by an individual or entity's name or address.

   a. To illustrate, a search by an individual's name results in an error message:

> ⚠️ ✋ **Invalid Search Term!**
> The search only supports selectors such as email addresses, domains, IPs, CIDRs, and many others. ➡️ See this help site for details.
> Please search for something specific.
> Why don't you try out *phonebook.cz* (paid users) to discover URLs, email addresses and domains?

16. For valid searches, the search engine returns a list of results indexed from other internet sources. Full results are available only to registered customers of Kleissner Investments. Anonymous users are presented only with previews of results, most of which are redacted.

   a. For example, an anonymous user searching an email address returns results in the following format:



17. In order to access full, unredacted information that the search engine has indexed from the internet, a user must register with Kleissner Investments as a customer.

18. Registration for a customer of the Intelligence X service is accomplished through the Website.

**Terms of Service and Privacy Policy**

19. The Website prominently displays both its Terms of Service and Privacy Policy to all visitors, as demonstrated below:



20. The Terms of Service, available for viewing at https://intelx.io/terms, are presented in English. A true and correct copy of the Terms of Service is attached as Exhibit A to this Declaration. As reflected within, the Terms of Service were last updated on November 8, 2020, and have been in effect in this current form since that date.

21. The Website also prominently displays a link to the Privacy Policy that sets forth the company's privacy practices.

22. The Privacy Policy is presented in English and available for viewing at https://intelx.io/privacy. A true and correct copy of the Privacy Policy is attached as Exhibit B to this Declaration. As reflected within, the Privacy Policy was last updated on April 6, 2021, and has been in effect in this current form since that date.

23. The Privacy Policy is incorporated into the Terms of Service as reflected in Paragraph 4 of the Terms of Service. *See* Ex. A.

24. Users that register for the Intelligence X service are expressly presented with, and must agree to, both the Terms of Service and Privacy Policy in order to complete the registration process and use the Intelligence X service.

25. The Privacy Policy sets forth Kleissner Investments' policy concerning content removal and how to request content removal. *See* Ex. B ¶ c. Users seeking to have content removed are directed to the following page on the Website: https://intelx.io/abuse

    a. The Content Removal page appears as per the screenshot below, but in sum, contains information for users and a web form to provide information necessary for the company to process their request:

[Screenshot of Intelligence X "Content Removal" web form, including fields for Name, Company, Email, Reason for the takedown request (with checkboxes for Patent/Trademark/Trade Secret/Copyright infringement, Personal data, Spam/Malware/Phishing/Hacking, Child pornography, Expressions of racial, ethnic, religious or gender hatred), a CAPTCHA ("Are you human?"), List of URLs or System IDs, Message, a confirmation checkbox, and a "Submit takedown request" button.]

26. On the Content Removal page, Kleissner Investments presents information concerning content removal, including that "we can only remove reported content from the search results and our cache. We cannot remove content from 3rd party websites and services."

27. Further, the Content Removal page advises submitters to provide the "unique identifiers . . . of the search results in question" to facilitate the company's removal of personal information from search results. This is necessary because the search engine does not allow searches by name or address—including by Kleissner Investments.

**Relationship with New Jersey**

28. With respect to Kleissner Investments' contacts with New Jersey, prior to the lawsuit, I was unaware of any customers of the company in New Jersey.

29. The company took no efforts to solicit customers from that state.

30. In 2025, New Jersey end-user customers constituted 0.22% of all customers of Kleissner Investments.

31. Those customers accounted for only 0.42% of the company's revenue.

**Plaintiffs' Complaint**

32. Turning to the allegations made by Plaintiffs in this action concerning Peter Andreyev, certain of those allegations are incorrect.

33. First, Kleissner Investments never received a content removal request from Mr. Andreyev either via our Content Removal web form or email.

34. Second, Mr. Andreyev's home address and telephone number do not appear to be available via the Website's search results.

35. I was able to locate an email address associated with Mr. Andreyev publicly on the internet, specifically the email address associated with his New Jersey State Police Benevolent Association ("NJSPBA") work.

36. The NJSPBA website lists the organization's contact phone number as (732) 636-8860 and address as 158 Main Street, Woodbridge, NJ 07095.

37. After executing a search on Intelligence X using Mr. Andreyev's email address, the only information returned for him was the NJSPBA business phone and organizational address.

38.     In addition, I searched the user records of Kleissner Investments for accounts related to Atlas Data Privacy Corporation and their counsel, PEM Law LLP and Friedman Kaplan Seiler Adelman & Robbins LLP. I did not find user records related to those entities.

## Czech Court Proceedings

39.     On January 14, 2026, Kleissner Investments received notice (in Czech and English) from the District Court for Prague 4 with respect to its objection to service of the summons and complaint, which stated that the Czech court was returning the service submissions "without a completed certificate of delivery, on the grounds that, in the opinion of the court, the decision as to whether or not the documents were duly delivered should be made by the court of the United States of America where the proceedings are being conducted." A true and complete copy of the notice is attached hereto as Exhibit C.

Dated: February 25, 2026

_____
Peter Kleissner