# **EXHIBIT B**

# Privacy Policy of Intelligence X

Intelligence X is committed to a strong privacy policy. We only store the data of our registered users that is absolutely needed for providing the service. We have implemented methods that enable us to effectively control data processed by Intelligence X search engines and crawlers. We do not sell or share any user data with 3rd parties.

One fundamental belief at Intelligence X is that every user has the right to their own data.

## Purposes of processing

Intelligence X processes publicly available data from the internet for informational purposes. Users of Intelligence X have a legitimate reason to use Intelligence X to access already publicly available data. We use multiple methods of searching, indexing and scanning the entire Internet so that we can deliver a comprehensive tool for open source intelligence.

## Information we collect on visitors

Intelligence X does not collect any personal data about its website's visitors.

Intelligence X may collect the following:

1. Visitor statistics
   Intelligence X uses StatCounter for anonymous statistics on visitors. StatCounter may use cookies for statistics collection. No personal data is collected, only IP labels or custom tags, which do not represent personal data itself. Individual persons cannot be identified via cookies, so obligation to require consent with cookies does not apply.
   StatCounter is GDPR compliant according to https://statcounter.com/support/knowledge-base/314/. The data collected by StatCounter is described here https://statcounter.com/support/knowledge-base/316/.
2. Website uptime statistics
   Intelligence X uses Site24x7 for monitoring frontend performance and error detection. Site24x7 is GDPR compliant according to https://www.site24x7.eu/gdpr.html.
3. Logs
   Intelligence X may collect logs for the purpose of investigating and stopping attacks (such as DDoS attacks, SQL injections and others) and attempted attacks. Information about attacks may be shared with law enforcement and the public.
   Intelligence X may collect logs for the purpose of detecting and preventing abuse, fraud, and unauthorized access.
4. Shadow profiles
   Intelligence X does not create shadow profiles.
5. Search history
   Intelligence X does not store the search history in the database.

## Information we collect on registered users

Intelligence X needs to collect the following data of registered users in order to provide the service. This data is required for providing the services and for compliance reasons.

- Username
- Password as bcrypt hash
- Registered and login dates
- Name
- Company, VAT ID
- Address
- Registered and login IPs

These data will be stored electronically and protected using standard technical measures to protect them from unauthorized access or use.

1. Payments
   Intelligence X uses 3rd party payment providers for handling payments. Intelligence X does not store any credit cards or bank account numbers.
2. Cookies
   Intelligence X may use cookies and similar technologies for keeping users logged in and for providing the service.
3. GDPR compliance
   Registered users may use the "Account Settings" page to correct, delete and download any personal data that is associated with the account. Any of those actions are free of charge and available to any actively registered user.
   a. Retention policy
      Intelligence X may store lawfully obtained personal data of its registered users and anonymized data of non-registered users for the period of three years after termination of the contract on Search Engine Services for the purpose of possible contractual claims.
   b. Accessing or Rectifying your personal data

We want to make sure that users' personal information is accurate and up to date and users have the right to request a copy and update the personal data that we hold. The account page might be used to correct or remove information.

c. Right to erasure

Users may delete their data by using the account page's Settings tab and clicking on Delete Account.

d. Right to data portability

Users may request to export their personal data to another platform. This can be done by using the "Privacy Center" page.

## Data Collection & Content Removal

a. Public Collection

As a search engine, Intelligence X uses automated crawlers to crawl publicly available content and content where the public may hold a legitimate interest.

b. Retention in Cache

Intelligence X stores crawled content in a cache to speed up results and to provide users enhanced features such as historical copies of content. The content is collected and stored in its raw form.

Content stored in the cache will be removed by request according to the following Content Removal policy.

c. Content Removal

Content removal requests may be submitted at https://intelx.io/abuse. Removal requests are considered for the following categories:

    i. Intellectual property infringements
    ii. Personal data
    iii. Spam, malware, phishing, hacking
    iv. Unlawful pornography
    v. Expressions of racial, ethnic, religious or gender hatred

Content may not be removed if there is a legitimate interest by the public to access the content.

Redaction of content shall be deemed as removal.

d. Right to erasure

Intelligence X will remove content personal data from the cache by notice approved request that falls under the following conditions categories:

    i. the personal data is no longer necessary for the purpose for which were originally collected or processed.
    ii. the legitimate interest to collect or process personal data is overridden by interest in protection of privacy or other legal reason.
    iii. personal data were processed unlawfully.

Intelligence X may not remove the content in case there is a legitimate public interest to access the content (e.g. data about politically exposed person, public institutions etc.) which overrides personal interest of subject of the data.

e. Right to Rectification

Requests for editing redaction of content shall be deemed as data erasure.

f. Right to restrict processing

Requests for restriction of personal data processing shall be deemed as data erasure.

## Accessibility

Intelligence X does not guarantee that individual results will always be accessible.

Intelligence X does not validate or vet results. Results are provided as-is.

Intelligence X reserves the right to remove and redact any Content at any time at its sole discretion.

This privacy policy was created on 24.09.2018 and last updated on 06.04.2021.