# **EXHIBIT C**

Ref. No. 0 Cd 200/2025-43

# DISTRICT COURT FOR PRAGUE 4
28. pluku 1533/29b, 100 83 Prague 10 - Vršovice

tel.: 251 447 704, fax: 251 441 777, e-mail:podatelna@osoud.pha4.justice.cz , IDDS: uz8ab2r

**OUR REFERENCE**: 0 Cd 200/2025
**YOUR BRAND:**
**PROCESSED BY:**
**ON:**  January 12, 2026

Kleissner Investments s.r.o. Na Strži 1702/65
140 00 Prague 4 - Nusle

**INTERVIEWED**:   Kleissner Investments s.r.o., ID No.: 05425115

Dear Sirs,

With regard to your submissions dated October 13, 2025, and November 3, 2025, I hereby inform you that the court is forwarding these submissions via the Ministry of Justice of the Czech Republic to the requesting authority in the United States of America, without a completed certificate of delivery, on the grounds that, in the opinion of the court, the decision as to whether or not the documents were duly delivered should be made by the court of the United States of America where the proceedings are being conducted.

Yours sincerely

Magdalena Kolářová, Judge

Tereza Čechová confirms that this is a true copy of the original.