UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

ATLAS DATA PRIVACY
CORPORATION, et al.,

                Plaintiffs,

      - against -

KLEISSNER INVESTMENTS S.R.O., et al.,

                Defendants.

------------------------------------------------------------x

Case No. 1:25-cv-17065 (HB)

**NOTICE OF MOTION FOR ADMISSION OF DIANA REISMAN *PRO HAC VICE***

      PLEASE TAKE NOTICE that on April 6, 2026, or as soon thereafter as counsel may be heard, the undersigned attorneys for the Plaintiffs, shall move this Court, pursuant to Local Civil Rule 101.1(c), for an Order permitting the appearance *pro hac vice* of Diana Reisman in this matter.

      PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs shall rely upon the declarations of Diana Reisman and Rahul Agarwal, submitted herewith. Local Civil Rule 101.1(c)(1) provides that an attorney who is a member in good standing of the bar of any court of the United States or of the highest court of any state may be admitted *pro hac vice* in the discretion of the Court. The qualifications of Diana Reisman are adequately described in the accompanying declarations, and it is submitted that no brief is necessary.

Dated: March 6, 2026

      Newark, New Jersey

                                          **FRIEDMAN KAPLAN SEILER**
                                          **ADELMAN & ROBBINS LLP**


                                            */s/ Rahul Agarwal*
                                         Rahul Agarwal
                                         1 Gateway Center
                                         Newark, NJ 07102-5311
                                         Tel.: (973) 877-6400
                                         ragarwal@fklaw.com