

RAHUL AGARWAL
ragarwal@fklaw.com
973.877.6400

March 15, 2026

**VIA ECF**

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    Re:    <u>Atlas Data Privacy Corp., et al. v. Kleissner Investments S.R.O., et al.</u>, Docket No. 25 Civ. 17065 (HB)

Dear Judge Bartle:

      We write in connection with the Motion to Dismiss and Motion to Compel Arbitration, D.E. 26, 27, filed by Kleissner Investments S.R.O. ("Defendant") on February 25, 2026, in the above-referenced action. Plaintiffs respectfully request a brief extension of the current schedule.

      On January 30, 2026, the parties filed a joint request for a briefing schedule with a February 25th filing date, a March 27th opposition date, and an April 10th reply date. D.E. 24. The Court entered a scheduling order shortening the proposed schedule to a March 18th opposition date and an April 1st reply date. D.E. 25. With Defendant's consent, Plaintiffs respectfully request that the motion schedule be adjusted to align with the parties' initial request. Accordingly, Plaintiffs request permission to file an opposition brief (to both motions) on March 27, 2026, with Defendant's reply due on April 10, 2026.

      Although Plaintiffs have been working steadily on completing a full opposition by the March 18th deadline, we request the additional time in light of other responsibilities – personal and work – that have arisen over the past 2 weeks.

      We thank the Court for its consideration of this request.

Respectfully submitted,

Rahul Agarwal

Friedman Kaplan Seiler Adelman & Robbins LLP   One Gateway Center, 25th Floor, Newark, NJ 07102-5311
A Limited Liability Partnership Formed in the State of New York

4934-7253-2867.3