```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

ATLAS DATA PRIVACY CORPORATION  :      CIVIL ACTION
et al.                          :
                                :
          v.                    :
                                :
KLEISSNER INVESTMENTS S.R.O.    :      NO. 25-17065
et al.                          :

                            ORDER

AND NOW, this 16th day of March 2026, based on the unopposed letter request from plaintiffs (Doc. #29), it is hereby ORDERED that:

(1) The order dated February 5, 2026 (Doc. #25) is VACATED;

(2) Plaintiffs shall file, on or before March 27, 2026, any briefs responsive to the motions of defendant to dismiss the complaint and compel arbitration; and

(3) Defendant shall file any reply briefs on or before April 10, 2026.

                                       BY THE COURT:


                                       /s/  Harvey Bartle III
                                                            J.