**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP**
Rahul Agarwal (365832024)
Sofia Syed (pro hac vice to be filed)
1 Gateway Center
Newark, New Jersey 07102-5311
Telephone: (973) 877-6400
Email: ragarwal@fklaw.com
        ssyed@fklaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al<br><br>Plaintiffs,<br><br>v.<br><br>KLEISSNER INVESTMENTS S.R.O.*, et al*<br><br>Defendants. | **Civ. Action No.: 1:25-cv-17065-HB**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, in the above-captioned action.

**PEM LAW LLP**
*Attorneys for Plaintiffs*


By: */s/ Jessica A. Merejo*
    JESSICA A. MEREJO

Dated: May 1, 2026