UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE: Harvey Bartle III

COURT REPORTER:    N/A

OTHERS:

DATE OF PROCEEDINGS:

May 4, 2026

DOCKET NO:

25-cv-17065

TITLE OF CASE:

Atlas Data Priv. Corp. et al.

v.

Kleissner Investments S.R.O. et al.

APPEARANCES:

Pls.:

Rahul Agarwal
Diana Reisman
Rajiv Parikh
Jessica Merejo

Def.:

Victor Suthammanont
Andrew Gerber
Hannah Ambinder

NATURE OF PROCEEDINGS:

Telephone call with counsel to (1) set deadlines and parameters for discovery related to motion to dismiss for lack of personal jurisdiction and motion to compel arbitration and (2) set deadlines and page limits for related additional briefing.

/s/ Nicole Spicer
Deputy Clerk

Time Commenced:    10:00 a.m.        Time Adjourned:        10:15 a.m.