IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION    :        CIVIL ACTION
et al.                            :
                                  :
         v.                       :
                                  :        NO. 25-17065
KLEISSNER INVESTMENTS S.R.O.      :
et al.                            :

<u>ORDER</u>

AND NOW, this 4th day of May 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  The parties may serve interrogatories and take depositions related to defendant's motion to dismiss for lack of personal jurisdiction and motion to compel arbitration.  Such discovery shall be completed on or before June 8, 2026.

(2)  Any responses to interrogatories shall be served within fifteen days of receipt of the interrogatories.

(3)  Plaintiffs shall file, on or before June 22, 2026, any supplemental briefs in opposition to defendant's motion to dismiss and motion to compel arbitration; and

(4)  Defendant shall file, on or before July 10, 2026, any supplemental reply briefs.

(5)  No brief shall exceed twenty (20) pages.

BY THE COURT:


/s/  Harvey Bartle III
                                                    J.