UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

|  |  |
|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>KLEISSNER INVESTMENTS S.R.O., et al.,<br><br>Defendants. | Case No. 1:25-cv-17065 (HB)<br><br>**ORDER ADMITTING DIANA<br>REISMAN *PRO HAC VICE*** |

-----------------------------------------------------------------x

THIS MATTER having been brought before the Court by Friedman Kaplan Seiler Adelman & Robbins LLP, attorneys for Plaintiffs, for an order admitting *pro hac vice* Diana Reisman, who is a member in good standing of the bar of the State of New York and is an associate at Friedman Kaplan Seiler Adelman & Robbins LLP, and the Court having considered the supporting declarations and for good cause shown,

IT IS on this  11th   day of May 2026,

ORDERED that Diana Reisman be and hereby is admitted to the bar of this Court *pro hac vice* pursuant to Local Civil Rule 101.1(c) as counsel for Plaintiffs; and it is further

ORDERED that Diana Reisman shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which she continues to represent Plaintiffs in this matter; and it is further

ORDERED that Diana Reisman shall pay $250.00 to the Clerk, United States District Court for the District of New Jersey within twenty (20) days of entry of this Order; and it is further

ORDERED that Diana Reisman shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys, and shall notify this Court immediately of any matter affecting his standing at the bar of any other court; and it is further

ORDERED that the movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

/s/  Harvey Bartle III

J.

2