

**RAHUL AGARWAL**
ragarwal@fklaw.com
973.877.6400

May 19, 2026

**VIA ECOURTS**

Hon. Harvey Bartle III, U.S.D.J.
U.S. District Court for the
  District of New Jersey (by designation)
c/o United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    *Atlas Data Privacy Corporation et al. v. Kleissner Investments S.R.O.,
       et al.*, Case No. 25-cv-17065 (HB)

Dear Judge Bartle:

Counsel for the parties in the above-referenced matter write jointly to submit the enclosed proposed Confidentiality Order. The parties have conferred regarding the need for the protection of confidential and proprietary information that may be exchanged and have agreed to the terms of the proposed Order.

The parties respectfully request that the Court enter the proposed Confidentiality Order.

Respectfully submitted,

*/s/* Rahul Agarwal

Rahul Agarwal
*Counsel for Plaintiffs*

/s/ Andrew Gerber

Andrew Gerber
*Counsel for Defendant*

cc:    All Counsel of Record (via eCourts)