## GERBER LAW PLLC

27 Union Square West, Suite 301                          Andrew Gerber
New York, NY 10003                                      Member of the Firm
(212) 658-1810                                          andrew@gerberlaw.com


June 1, 2026

**<u>VIA ECF</u>**

Hon. Judge Harvey Bartle III
U.S. District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** ***Atlas Data Privacy Corp. v. Kleissner Investments S.R.O.*, No. 25 Civ. 17065**

Dear Judge Bartle,

We represent Defendant Kleissner Investments S.R.O. ("Kleissner Investments") in the above-captioned action. We write to request an extension to the June 8, 2026 deadline for discovery related to Kleissner Investments' motion to dismiss for lack of personal jurisdiction and motion to compel arbitration, as set forth in the Court's May 4, 2026 Order (DE 43). Plaintiffs consent to this request.

The reason for this request is Victor Suthammanont, lead counsel for Kleissner Investments, was suddenly hospitalized late last night and is scheduled for an emergency procedure today or tomorrow.  Mr. Suthammanont was originally scheduled to travel to Prague tomorrow for the deposition of Mr. Kleissner scheduled for June 3, 2026.  Due to this emergency medical situation, Mr. Suthammanont will be hospitalized for the near term and therefore unable to defend the deposition as planned.

Written discovery on these discrete issues is nearly complete and the parties had scheduled depositions to be completed before the current June 8, 2026 deadline.

Plaintiff therefore respectfully requests an extension of the discovery deadline from June 8, 2026 to July 15, 2026.  We fully expect that the parties will be able to complete discovery related to Kleissner Investments' motion to dismiss for lack of personal jurisdiction and motion to compel arbitration by then, but request permission to seek additional time from the Court if necessary.

The parties will also provide the Court with a revised briefing schedule based on the new presumed discovery deadline with timing similar to that in the May 4, 2026 Order.  We sincerely appreciate the Court's flexibility here with this unexpected last-minute issue.

1

Respectfully submitted,

Andrew Gerber
Gerber Law PLLC
*Counsel for Defendant*
*Kleissner Investments S.R.O.*