IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION   :        CIVIL ACTION
et al.                           :
                                 :
        v.                       :
                                 :        NO. 25-17065
KLEISSNER INVESTMENTS S.R.O.     :
et al.                           :

<u>ORDER</u>

AND NOW, this 2nd day of June 2026, in accordance with the request of counsel for good cause, it is hereby ORDERED that:

(1)  the Court's May 4, 2026 Order is VACATED;

(2)  The parties may serve interrogatories and take depositions related to defendant's motion to dismiss for lack of personal jurisdiction and motion to compel arbitration.  Such discovery shall be completed on or before July 15, 2026.

(3)  Any responses to interrogatories shall be served within fifteen days of receipt of the interrogatories.

(4)  Plaintiffs shall file, on or before July 30, 2026, any supplemental briefs in opposition to defendant's motion to dismiss and motion to compel arbitration; and

(5)  Defendant shall file, on or before August 14, 2026, any supplemental reply briefs.

(6)  No brief shall exceed twenty (20) pages.


BY THE COURT:


/s/  Harvey Bartle III
                                 J.