

**RAHUL AGARWAL**
ragarwal@fklaw.com
973.877.6400

July 28, 2026

**VIA CM/ECF**

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

        Re:    **Atlas Data Privacy Corporation, et al. v. Kleissner Investments S.R.O., No. 1:25-cv-17065-HB**

Dear Judge Bartle:

We represent plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*; Jane Doe-1, *a law enforcement officer*, and Peter Andreyev (collectively, "Plaintiffs") in this matter.

Pending before this Court are Defendants' motion to compel arbitration and motion to dismiss for lack of personal jurisdiction. (ECF 26, 27.) On May 4, 2026, the Court granted the parties discovery on the issues of arbitrability and personal jurisdiction and ordered supplemental briefing on those issues. (ECF 43.) On June 2, 2026, upon Defendant's request and with Plaintiffs' consent, the Court extended the discovery deadline to July 15, 2026, and ordered that Plaintiffs' supplemental opposition briefs be filed on or before July 30, 2026. (ECF 49.) Plaintiffs respectfully request a seven (7) day extension of time, to and including August 6, 2026, to file their supplemental brief in opposition to Defendant's motion to dismiss for lack of personal jurisdiction, with a corresponding seven (7) day extension, to and including August 21, 2026, for Defendant to file its supplemental reply brief in further support of that motion.

The reason for the requested extension is as follows: On July 14, 2026, Plaintiffs deposed Defendant's Rule 30(b)(6) witness. Plaintiffs requested expedited delivery of the deposition transcript. Despite multiple follow-up communications with the court reporter, as of today's date, Plaintiffs have not yet received the final transcript. In support of this request, Plaintiffs attach a letter from the court reporting firm attesting to the delay in producing the final transcript. Once the transcript is received, Plaintiffs anticipate using it to revise their supplemental brief, and Defendant will need sufficient time to make confidentiality designations so that Plaintiffs can ensure their publicly filed supplemental brief appropriately reflects those designations.

Hon. Harvey Bartle, III                    - 2 -                    July 28, 2026

Plaintiffs are not seeking any extension with respect to Defendant's motion to compel arbitration and will file their supplemental brief in opposition to that motion by the July 30, 2026 deadline.

Defendant is aware of the transcript delay and consents to the requested extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Rahul Agarwal*
Rahul Agarwal