IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :              CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
KLEISSNER INVESTMENTS S.R.O.,   :              NO. 25-17065
et al.                          :

ORDER

AND NOW, this 28th day of July 2026, pursuant to the letter request of the parties, it is hereby ORDERED that:

(1)  the time for plaintiffs to file their supplemental brief in opposition to defendants' motion to dismiss for lack of personal jurisdiction is extended to and including August 6, 2026; and

(2)  the time for defendants to file their supplemental reply brief in support of their motion to dismiss for lack of personal jurisdiction is extended to and including August 21, 2026.

BY THE COURT:


/s/  Harvey Bartle III
                                                    J.