FRIEDMAN KAPLAN

**RAHUL AGARWAL**
ragarwal@fklaw.com
973.877.6400

August 28, 2026

**VIA CM/ECF**

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re: **Atlas Data Privacy Corporation, et al. v. Kleissner Investments S.R.O., No. 1:25-cv-17065-HB**

Dear Judge Bartle:

We represent Plaintiffs in the above-captioned matter. We write jointly on behalf of the parties to request a seven-day extension of the deadline to file a motion to seal with respect to the supplemental briefs regarding Defendant's Motion to Compel Arbitration ("Motion to Compel Supplemental Briefs") [DE 52, DE 54-55]. The motion to seal with respect to the Motion to Compel Supplemental Briefs would otherwise be due with the Court today, fourteen days from the filing of Defendant's Supplemental Brief [DE 54] on August 14, 2026.

The parties conducted limited discovery and filed the Motion to Compel Supplemental Briefs *and* Supplemental Briefs regarding Defendant's Motion to Dismiss [DE 53, DE 56-58] (all together, the "Supplemental Filings"). Local Civil Rule 5.3(c)(2) requires parties who file under seal to file a motion to seal within fourteen days following completion of the briefing. The parties have met and conferred concerning the motions to seal and agree as to the extent of the matters that should remain under seal. The parties respectfully submit that it would be more efficient for the Court and the parties to consider one consolidated motion to seal with respect to the Supplemental Filings.

Accordingly, the parties respectfully request an extension to and including September 4, 2026, to file a consolidated motion to seal with respect to the Supplemental Filings.

Respectfully submitted,

*/s/ Rahul Agarwal*
Rahul Agarwal