IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KLEISSNER INVESTMENTS S.R.O., et al. | : | NO. 25-17065 |

ORDER

AND NOW, this 1st day of September 2026, it is hereby ORDERED that the letter request of the parties for an extension of time to and including September 4, 2026 to file a consolidated motion to seal with respect to the Supplemental Filing is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.