UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KLEISSNER INVESTMENTS S.R.O., et al.,<br><br>Defendants. | Civ. Action No. 1:25-cv-17065 (HB) |

**NOTICE OF JOINT CONSOLIDATED MOTION TO SEAL**

**PLEASE TAKE NOTICE** that on September 21, 2026, or as soon thereafter as counsel may be heard, Plaintiffs Atlas Data Privacy Corporation ("Atlas"), Peter Andreyev and Jane Doe-1, and Defendant Kleissner Investments S.R.O. ("Kleissner"), by and through their respective undersigned counsel, will jointly move this Court for an Order pursuant to Local Civil Rule 5.3(c) permanently sealing:

- Portions of ECF No. 52-2 and ECF No. 55-1 (Atlas's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026);
- Portions of ECF No. 52-3 and ECF No. 55-2 (Peter Andreyev's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026);
- Portions of ECF No. 52-4 and ECF No. 55-3 (Jane Doe-1's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026);
- Portions of ECF No. 53-4 (Screenshot of IntelX Search Results);
- Portions of ECF No. 53 (Plaintiff's Supplemental Brief in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction)

- Portions of ECF No. 53-3 (Nathan Holcomb Deposition Transcript)
- Portions of ECF No. 56 (Supplemental Brief in Support of Defendant's Motion to Dismiss)
- Portions of ECF No. 57 (Third Declaration of Peter Kleissner)
- Portions of ECF No. 58-1 and ECF No. 53-2 (Defendant's Response to Plaintiff's First Set of Interrogatories, dated May 27, 2026)

as set forth in the Index of Confidential Material attached hereto.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the parties will rely upon the Index and Memorandum of Law attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

Dated: September 4, 2026

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP

By: /s/ *Rahul Agarwal*
Rahul Agarwal
One Gateway Center, 25th Floor
Newark, New Jersey 07102-5311
(973) 877-6400
ragarwal@fklaw.com

*Attorney for Plaintiffs*

By: /s/ *Andrew Gerber*
Andrew Gerber
Gerber Law PLLC
27 Union Square West, Suite 301
New York, NY 10003
(212) 658-1810
andrew@gerberlaw.com
*Attorney for Defendant*

Of Counsel:
Victor Suthammanont

Kostelanetz LLP
7 World Trade Center, 34th Floor
New York, NY 10007
(212) 719-2649
vsuth@kostelanetz.com
*Attorney for Defendant*