UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KLEISSNER INVESTMENTS S.R.O., et al.,<br><br>Defendants. | Civ. Action No. 1:25-cv-17065 (HB) |

**AFFIRMATION OF RAHUL AGARWAL IN SUPPORT OF JOINT CONSOLIDATED MOTION TO SEAL IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

1. I, Rahul Agarwal, Esq., am a member of the bar of the State of New Jersey (NJ Bar No. 365832024) and an attorney at Friedman Kaplan Seiler Adelman & Robbins LLP, counsel for Plaintiffs Atlas Data Privacy Corporation ("Atlas"), Peter Andreyev, and Jane Doe-1 (collectively, "Plaintiffs") in the above-captioned action. I make this affirmation based on personal knowledge, unless otherwise stated, in support of the Joint Consolidated Motion to Seal (the "Motion to Seal") filed jointly by Plaintiffs and Defendant Kleissner Investments S.R.O. ("Kleissner" or "Defendant," and together with Plaintiffs, the "Parties").

2. The Court granted limited discovery on the discrete issues of arbitrability and personal jurisdiction (ECF Nos. 43, 49) and ordered supplemental briefing. The Court entered a Confidentiality Order (ECF No. 47). Under Paragraph 11 of the Confidentiality Order, all personally identifiable information of plaintiffs or assignors is automatically designated "Confidential" and filed under seal. Under Paragraph 1, the Confidentiality Order also permits designation of trade secrets, competitively sensitive business information, and private or confidential personal information as "Confidential." The Parties filed supplemental briefing citing

and attaching materials designated Confidential under the Confidentiality Order, which were temporarily filed under seal pursuant to the Confidentiality Order and Local Civil Rule 5.3(c)(4).

3. The Parties now jointly move under Local Civil Rule 5.3(c) to permanently seal certain confidential material submitted with the Parties' supplemental briefing on the issues of arbitrability and personal jurisdiction. The specific portions of the documents the Parties seek to seal, and the grounds therefor, are set forth in the accompanying Index of Confidential Material and the Memorandum of Law submitted in support of the Motion to Seal.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Index of Confidential Material. The Index identifies, in table form, the specific portions of the documents the Parties seek to permanently seal, the basis for sealing, the clearly defined and serious injury that would result if the relief sought is not granted, why a less restrictive alternative to the relief sought is not available, and any opposition to sealing.

5. Counsel for the Parties met and conferred regarding the materials at issue in the Motion to Seal.

6. The Parties agree that the information reflected in the Index of Confidential Material constitutes confidential material subject to the Motion to Seal.

For the reasons set forth in the accompanying Memorandum of Law and the Index of Confidential Material, I respectfully request that the Court grant the Joint Consolidated Motion to Seal in its entirety.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 4, 2026

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

By: *<u>/s/ Rahul Agarwal</u>*
Rahul Agarwal
One Gateway Center, 25th Floor
Newark, New Jersey 07102-5311
(973) 877-6400
ragarwal@fklaw.com

*Attorney for Plaintiffs*