**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (365832024)
Diana A. Arsanjani Reisman (*pro hac vice*)
1 Gateway Center
Newark, NJ 07102-5311
Tel.: (973) 877-6400
ragarwal@fklaw.com
dreisman@fklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KLEISSNER INVESTMENTS S.R.O., et al.,<br><br>Defendants. | Civ. Action No. 1:25-cv-17065 (HB)<br><br>**Certification of Rahul Agarwal, Esq**. |

I, Rahul Agarwal, Esq., of full age, hereby certify and attest as follows:

1. I am an attorney duly licensed to practice law in the State of New Jersey and partner at Friedman Kaplan Seiler Adelman & Robbins LLP, co-counsel for Plaintiffs, Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*; Jane Doe-1, *a law enforcement officer*; and Peter Andreyev (collectively, "Plaintiffs"; excluding Atlas, the "Individual Plaintiffs"). I have personal knowledge of the facts set forth in this Certification and

submit it in support of Plaintiffs' Supplemental Brief in Opposition to Motion by Kleissner Investments S.R.O. to Dismiss for Lack of Personal Jurisdiction.

2. A true and accurate copy of Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories, dated May 27, 2026, is attached hereto as "**Exhibit A**."

3. A true and accurate copy of selected pages of the Deposition Transcript of Nathan Holcomb, 30(b)(6) Designee for Kleissner Investments S.R.O., dated July 14, 2026, is attached hereto as "**Exhibit B**."

4. A true and accurate copy of a screenshot of search results generated by searching the phone number of Detective Patrick Colligan of the Franklin Township Police Department on the IntelX website on August 8, 2024, is attached hereto as "**Exhibit C**."

Dated: August 6, 2026

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
*Counsel for Plaintiffs*

By: */s/ Rahul Agarwal*

RAHUL AGARWAL