**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal (365832024)
Diana A. Arsanjani Reisman (*pro hac vice*)
1 Gateway Center
Newark, NJ 07102-5311
Tel.: (973) 877-6400
ragarwal@fklaw.com
dreisman@fklaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. KLEISSNER INVESTMENTS S.R.O., et al., Defendants. | Civ. Action No. 1:25-cv-17065 (HB) **Certification of Rahul Agarwal, Esq**. |

I, Rahul Agarwal, Esq., of full age, hereby certify and attest as follows:

1. I am an attorney duly licensed to practice law in the State of New Jersey and partner at Friedman Kaplan Seiler Adelman & Robbins LLP, co-counsel for Plaintiffs, Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*; Jane Doe-1, *a law enforcement officer*; and Peter Andreyev (collectively, "Plaintiffs"; excluding Atlas, the "Individual Plaintiffs"). I have personal knowledge of the facts set forth in this

Certification and submit it in support of Plaintiffs' Supplemental Brief in Opposition to Motion by Kleissner Investments S.R.O. to Compel Arbitration.

2. A true and accurate copy of Plaintiff Atlas Data Privacy Corporation's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026, is attached hereto as "**Exhibit A**."

3. A true and accurate copy of Plaintiff Peter Andreyev's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026, is attached hereto as "**Exhibit B**."

4. A true and accurate copy of Plaintiff Jane Doe-1's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026, is attached hereto as "**Exhibit C**."

Dated: July 30, 2026

**FRIEDMAN KAPLAN SEILER**
**ADELMAN & ROBBINS LLP**
*Counsel for Plaintiffs*

By: */s/ Rahul Agarwal*

RAHUL AGARWAL