**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,**<br><br>**Defendants.** | **25 Civ. 17065 (HB)**<br><br>**ECF CASE** |

**CERTIFICATION OF VICTOR E. SUTHAMMANONT**

I, Victor E. Suthammanont, hereby certify as follows:

1. I am an attorney and a partner of the law firm Kostelanetz, LLP, located at 7 World Trade Center, 34th Floor, New York, NY 10007.
2. I am admitted to appear *pro hac vice* in the District of New Jersey on behalf of Defendant Kleissner Investments S.R.O.
3. I have personal knowledge of the facts set forth in this Certification and submit it in connection with the Supplemental Brief in Support of Defendant's Motion to Compel Arbitration.
4. Attached hereto as **Exhibit A** is a true and correct copy of (i) Plaintiff Atlas Data Privacy Corporation's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026, (ii) an attachment titled Atlas Interrogatory No. 3 - List of Covered Persons Searched via API, and (iii) an attachment titled Atlas Interrogatory No. 6 - List of

Covered Persons Searched Manually. For ease of reference, Defendant has added page numbers to the bottom of attachments (ii) and (iii), beginning where the pagination of Plaintiff Atlas Data Privacy Corporation's Objections and Responses to Defendant's First Set of Interrogatories ended. Aside from the addition of page numbers, the documents constituting Exhibit A are unchanged.

5. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiff Peter Andreyev's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026.
6. Attached hereto as **Exhibit C** is a true and accurate copy of Plaintiff Jane Doe-1's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026.
7. Attached hereto as **Exhibit D** is a true and accurate copy of a sample Atlas Data Privacy Corporation Daniel's Law Service Terms, sourced from Exhibit E to the Memorandum of Law in Support of Plaintiffs' Consolidated Motion to Remand (DE 33-3) in *Atlas Data Privacy Corp. v. Blackbaud, Inc.*, No. 24 Civ. 3993 (D.N.J.).

Dated: August 14, 2026

/s/ ______________________

Victor E. Suthammanont