UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,**<br><br>**Defendants.** | **25 Civ. 17065 (HB)**<br><br>**ECF CASE** |

**CERTIFICATION OF HANNAH AMBINDER**

I, Hannah Ambinder, hereby certify as follows:

1. I am an attorney and associate at Kostelanetz LLP, located at 7 World Trade Center, 34th Floor, New York, NY 10007. I am admitted to practice law in the State of New York.
2. Defendant Kleissner Investments S.R.O ("Defendant") has engaged attorneys from Kostelanetz LLP to represent it in the above-captioned matter.
3. I have personal knowledge of the facts set forth in this Certification and submit it in connection with the Supplemental Brief in Support of Defendant's Motion to Dismiss.
4. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's Response to Plaintiffs' First Set of Interrogatories, dated May 27, 2026.
5. Attached hereto as **Exhibit B** is a true and correct copy of (i) Plaintiff Atlas Data Privacy Corporation's Objections and Responses to Defendant's First Set of Interrogatories, dated June 1, 2026, (ii) an attachment titled Atlas Interrogatory No. 3 - List of Covered Persons

Searched via API, and (iii) an attachment titled Atlas Interrogatory No. 6 - List of Covered Persons Searched Manually. For ease of reference, Defendant has added page numbers to the bottom of attachments (ii) and (iii), beginning where the pagination of Plaintiff Atlas Data Privacy Corporation's Objections and Responses to Defendant's First Set of Interrogatories ended. Aside from the addition of page numbers, the documents constituting Exhibit B are unchanged.

Dated: August 20, 2026

Hannah Ambinder