**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, and PETER ANDREYEV,**

**Plaintiffs,**

**-against-**

**KLEISSNER INVESTMENTS S.R.O., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,**

**Defendants.**

**25 Civ. 17065 (HB)**

**ECF CASE**

**THIRD DECLARATION OF PETER KLEISSNER**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am the founder of Defendant Kleissner Investments S.R.O. ("Kleissner Investments" or "Defendant") and reside in Prague, Czech Republic.

2. I am over 18 years old and fluent in English.

3. I make this third declaration in support of the Defendant's Motion to Dismiss. I have personal knowledge of the matters set forth herein based upon my work for Kleissner Investments.

4. Turning first to information disclosed in Interrogatory Response No. 2, during 2024 and 2025, Kleissner Investments was approached by [redacted] for the purchase and resale of certain Intelligence X ("IntelX") licenses.

5. [redacted] is a global provider of IT infrastructure, software licensing, and hardware integration services which contracts with its customers to source and provide digital

services and products. *See* [redacted] website page describing services the reseller provides to its clients, the end users of software).

6. On behalf of its clients (not Kleissner Investments), [redacted] purchased four IntelX licenses from Kleissner Investments during 2024. It resold all four licenses to third-party end-users.

7. [redacted] purchased six IntelX licenses from Kleissner Investments during 2025. It resold all six licenses to third-party end-users.

8. Kleissner Investments never sought out, advertised to, or contacted [redacted] to solicit business from it or its customers. In every instance, [redacted] found and approached Kleissner Investments with requests to purchase and resell licenses.

9. Each of the IntelX licenses resold by [redacted] in 2024 and 2025 specifies the business name, location, and address of the end-user. This practice was in place prior to commencement of this litigation.

10. None of the IntelX licenses resold by [redacted] in 2024 and 2025 went to end-users located in New Jersey.

11. Addressing information disclosed in Interrogatory Response No. 6, a "bucket" as referred to by Kleissner Investments is a broad category used to organize the publicly available sources that IntelX indexes. Most buckets correspond to groupings of top-level internet domains (for example, ".com" or ".org"), while others correspond to particular data types such as WHOIS records.

12. "Buckets" are used primarily as part of the web crawler's process of collecting and categorizing data published elsewhere on the internet. While buckets are available as optional filters when searching IntelX, they are not curated datasets – they are broad

organizational labels that reflect the type or origin of publicly available source material indexed by IntelX.

13. Because "buckets" represent back-end indexing tools rather than curated datasets, it is technologically impossible, and indeed, nonsensical, to determine which buckets may correspond with New Jersey-specific entities, individuals, or data.

14. Further addressing information disclosed in Interrogatory Response No. 5, Kleissner Investments subscribes to WHOIS data for a fee of $50 per month, accessed and paid through [redacted]

15. The WHOIS data is publicly available information that is voluntarily provided by individuals or entities registering for website domains. It contains data drawn from any jurisdiction worldwide from which someone registers a website domain name.

16. Kleissner Investments does not target New Jersey or any particular jurisdiction in obtaining WHOIS data.

17. WHOIS data is one of many input sources used by the web crawler for Kleissner Investments to determine what websites are available to crawl and index.

18. Information from WHOIS data accounts for only a small portion of information indexed or available for searching via the IntelX search engine.

19. In 2024 and 2025, global WHOIS data comprised less than 0.005% of the data indexed by the IntelX search engine.

20. Further addressing the screenshot that Plaintiffs submitted as Exhibit C to the Certification of Rahul Agarwal ("Plaintiffs' Exhibit C") (DE 53-4), I recognize this image to be a screenshot of search results generated by the IntelX search engine.

21. Kleissner Investments is not the original source of the file or any of the information or data displayed in Plaintiffs' Exhibit C.

22. The information displayed in Plaintiffs' Exhibit C was indexed and archived from publicly available sources published elsewhere on the internet, from sources not affiliated with Kleissner Investments. I traced the source of this information in Kleissner Investments' data index to two separate publicly available websites: raidforums.com and xss.is.

23. Kleissner Investments maintains the original RAR files scraped from raidforums.com and xss.is corresponding to the search results displayed in Plaintiffs' Exhibit C. The RAR file contains a CRC32 checksum, an error-detecting code commonly used to detect changes to digital data. The CRC32 matches those contained within the original files, establishing that the RAR files were republished *without modification* on IntelX.

24. The original RAR file also contains metadata (in the form of time stamps) that establishes timeline and chain of custody.

25. Taken together, it can be demonstrated with technological certainty that the information displayed in Plaintiffs' Exhibit C was publicly available elsewhere online before being indexed by Kleissner Investments and republished, as is, through the IntelX search engine.

Dated: August 20, 2026

Peter Kleissner