IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| KLEISSNER INVESTMENTS S.R.O., et al. | : | NO. 25-17065 |

ORDER

AND NOW, on this 20th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Kleissner Investments S.R.O. to dismiss (Doc. #27) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.