UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

Atlas Data Privacy Corporation, et al.

(Plaintiff)

v.

Kleissner Investments S.R.O., et al.

(Defendant)

Docket No.: 1:25-cv-17065-HB

Judge: Harvey Bartle III (sitting by designation)

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that Atlas Data Privacy Corporation, Jane Doe-1, and Peter Andreyev
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [✓] Order, [ ] Other (ECF No. 75) granting motion to dismiss (ECF No. 27)
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

October 20, 2026.
(Date)

Dated: November 18, 2026

By: s/ Rahul Agarwal

Atlas Data Privacy Corporation, et al.
Appellant

c/o PEM Law LLP, 1 Boland Drive, Suite 101
Street

West Orange, NJ 07052
City, State, Zip

(973) 577-5500
Telephone

**PEM LAW LLP**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
Jessica A. Merejo (288592020)
1 Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com
Attorneys for Plaintiffs

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Rahul Agarwal, Esq. (365832024)
Diana A. Arsanjani Reisman (pro hac vice)
1 Gateway Center, 25th Floor
Newark, New Jersey 07102
Telephone: (973) 877-6400
Email: ragarwal@fklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| KLEISSNER INVESTMENTS S.R.O., et al. | : | NO. 25-17065 |

ORDER

AND NOW, on this 20th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Kleissner Investments S.R.O. to dismiss (Doc. #27) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.